# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>Morreale Hotels, LLC<br><br>Debtor. | Bankruptcy Case No. 12-35230-TBM<br><br>Chapter 11 |
| Plaintiff/Petitioner: **SKETCH RESTAURANT, LLC, d/b/a "El Diablo Restaurant" and "Sketch Food & Wine" a Colorado limited liability company**<br><br>v.<br><br>Defendant/Respondent: **CITY AND COUNTY OF DENVER, OFFICE OF ECONOMIC DEVELOPMENT; CITY AND COUNTY OF DENVER, COMMUNITY AND PLANNING DEVELOPMENT SERVICES** | Adv. Proc. No. _____ |

## NOTICE OF REMOVAL OF STATE COURT ACTION

**TO THE UNITED STATES BANKRUPTCY COURT, ALL PARTIES IN THE ABOVE-CAPTIONED STATE COURT ACTION HEREBY REMOVED, THE CLERK OF THE DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO, AND THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**

**PLEASE TAKE NOTICE** that the City and County of Denver, Office of Economic Development; and the City and County of Denver, Community Planning and Development Services (collectively the "City"); through their undersigned counsel, submits this Notice of Removal and removes this action to the United States Bankruptcy Court for the District of Colorado in accordance with Rule 9027 of the Federal Rules of Bankruptcy Procedures, 28 U.S.C. § 1452(A), 28 U.S.C. § 157(a) and D.C.Colo. 84.1 and respectfully represents as follows:

<u>Facts Which Entitle the City to Removal</u>

1.      This action was initiated by the filing of a complaint in the District Court, City and County of Denver, Colorado, case no. 2015CV000669 ("State Court Action") on November 20, 2015.

2.      The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b) as a matter arising in or relating to a case under title 11.  See also 28 U.S.C. §157(a) and D.C.Colo.L.Civ.R.84.1(A):

> all proceedings arising in or related to cases under Title 11 shall be automatically referred to the bankruptcy judges of this district pursuant to 28 U.S.C. §157 without further order. All papers in those cases shall be filed directly in the bankruptcy court, and the bankruptcy judges in this district shall exercise the jurisdiction of this court in bankruptcy matters as provided in 28 U.S.C. § 157(b).

3.      This action is removable pursuant to 28 U.S.C. §1452(a).  Section 1452 provides that a party may remove a civil claim or cause of action "to the district court for the district where such civil action is pending."  The State Court Action is pending within the District of Colorado.  Pursuant to D.C.Colo.L.Civ.R.84.1(A), *supra*, removal of this action to the "district court" is automatically referred to the Bankruptcy Court.  Pursuant to D.C.Colo.L.Civ.R.84.1(F), the clerk of the Bankruptcy Court shall take in all pleadings in bankruptcy cases and related proceedings.

4.      The State Court Action is related to case nos. 13-27310-TBM and 12-35230-TBM because, inter alia:

   a.    The Plaintiff, Sketch Restaurant LLC, is purporting to act pro se through its manager, Samuel Jesse Christian Morreale, who is a debtor in case no. 13-27310-TBM pending in this Court. This case is pending under Chapter 7 of the Bankruptcy Code and Tom H. Connolly is Chapter 7 trustee (the "Trustee"). Among the assets that the Trustee is obligated to administer is a 70% interest in the Plaintiff.

   b.    In the complaint, Plaintiff seeks to enjoin a sale conducted by the City and the related defendants of certain personal property located at 101 North Broadway Street, Denver, Colorado, which is property of Morreale Hotels, LLC, a debtor in case no. 12-35230-TBM pending in this Court.

   c.    Sketch is a putative tenant leasing space from debtor Morreale Hotels, LLC.

   d.    In the complaint, although Plaintiff fails to delineate separate claims and causes of action or formally name the Trustee and Morreale Hotels, LLC as defendants, Plaintiff seeks injunctive relief against them on terms that would highly disruptive to both bankruptcy cases.  Among other things, Plaintiff seeks an order "that the rights of Sketch under its leases to protect and preserve its assets from removal or damage by the City **or the Trustee** be enforced, and that **no party other than Sketch's appointed representatives be allowed to access the Real Property without proper notice to and supervision by Sketch.**"  Complaint Wherefore Clause (b) (emphasis added).

### Statement Regarding Core or Non-Core Matter

5.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

6.      Because this is a core proceeding, the Bankruptcy Court may enter final judgments with respect to all matters as against the Trustee and Morreale Hotels, LLC. To the extent any portion of the matter is non-core, the City does not consent to entry of final orders by the Bankruptcy Court.

### Copies of Process and Pleadings

7.      Pursuant to Fed. R. Bankr. Pro. 9027(a)(1), this Notice of Removal is accompanied by a copy of all process and pleadings in the State Court Action:

   a. Plaintiff's Verified Complaint and Motion for Injunctive Relief, with exhibits.
   b. Order denying *ex parte* civil temporary restraining order dated November 20, 2015
   c. Defendants' Motion to Strike the Verified Complaint and Motion for Injunctive Relief filed on behalf of the Plaintiff, Sketch Restaurant, LLC, d/b/a "El Diablo" and "Sketch Food & Wine", a Colorado limited liability company, with exhibits

MACHOL & JOHANNES, LLC

*/s/ James A. Kaplan*

James A. Kaplan, #7741
Attorneys for the City and County of Denver,
Office of Economic Development; and
the City and County of Denver,
Community Planning and Development Services
700 Seventeenth Street, Suite 200
Denver, CO 80202-3502
Phone: (303) 830-0075
Fax: (303) 830-0047
Atty. Reg. #7741
E-mail: James.Kaplan@mjfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20th, 2015, a true copy of the foregoing **NOTICE OF REMOVAL OF STATE COURT ACTION** was placed in the United States Mail, postage pre-paid and addressed to the following:

Jesse C. Morreale
3224 East 7th Avenue Parkway
Denver, CO 80206

Carrie Palmer
3224 East 7th Avenue Parkway
Denver, CO 80206

Sketch Restaurant, LLC
101 Broadway
Denver, CO 80203

Bruce E. Rohde, Esq.
EasonRohde, LLC
Attorneys for Sketch Restaurant, LLC
1129 Cherokee Street
Denver, CO 80204

Samuel Jesse Christian Morreale
3224 East 7th Avenue Parkway
Denver, CO 80206

Patrick D. Vellone, Esq.
Matthew M. Wolf, Esq.
Allen & Vellone, P.C.
Attorneys for Samuel Jesse Christian Morreale
730 17th Street, Suite 240
Denver, CO 80202

Jeffrey A. Weinman, Esq.
Weinman & Associates, P.C.
Attorneys for Samuel Jesse Christian Morreale
730 17th Street, Suite 240
Denver, CO 80202

Tom H. Connolly
Chapter 7 Trustee in *In re Samuel Jesse Christian Morreale*
950 Spruce Street, Suite 1C
Louisville, CO 80027

Michael J. Pankow, Esq.
Brownstein Hyatt Farber Schreck, LLP
Attorneys for Tom H. Connolly, Chapter 7 Trustee
410 17th Street, Suite 2200
Denver, CO 80202

Lee M. Kutner, Esq.
Kutner Brinen Garber, P.C.
Attorneys for Morreale Hotels, LLC
1660 Lincoln Street, Suite 1850
Denver, CO 80264

Mitch T. Behr, Esq.
Assistant City Attorney
Municipal Operations
201 West Colfax Avenue, Dept. 1207
Denver, CO 80202

/s/ Christina R. Gonzales
Christina R. Gonzales - Paralegal